# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARK CERUTO,**

       **Plaintiff,**

**v.**                                 **Case No:   6:17-cv-1563-Orl-37DCI**

**STERLING JEWELERS, INC.,**

       **Defendant.**

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediator's Notice of Settlement (Doc. 23), which advises that the parties reached a complete settlement. Accordingly, it is

**ORDERED AND ADJUDGED:**

(1) Subject to the right of any party to move the Court within sixty (60) days of the date of this Order to enter a stipulated form of final judgment, or, on good cause shown, to reopen for further proceedings, this action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk is **DIRECTED TO TERMINATE** all pending deadlines and **CLOSE** this file.

**DONE AND ORDERED** at Orlando, Florida this 13th day of February, 2018.



ROY B. DALTON JR.
United States District Judge

2

Copies:   Counsel of Record